In the Matter of the Accounting of EDGAR F. LUCKENBACH, as Trustee under the Will of LEWIS LUCKENBACH, Deceased. WILLIAM R. CONKLIN, as General Guardian of EDGAR F. LUCKENBACH, JR., et al., Appellants; ANDREA L. DOBBS et al., Respondents. (Appeal No. 2.) — Order of the Kings County Surrogate's Court granting motion of the successor trustee for the issuance to him of letters of trusteeship reversed on the law, with one bill of ten dollars costs and disbursements to the appellants, payable out of the estate, and the motion denied, without costs. (*Matter of Luckenbach, Appeal No. 1*, *ante*, p. 275.) Close, P. J., Carswell, Adel and Lewis, JJ., concur; Taylor, J., dissents and votes to affirm. [181 Misc. 265.]

eral guardian of EDGAR F. LUCKENBACH, JR., et al., Appellants; ANDREA L. DOBBS et al., Respondents. (Appeal No. 3.) — Order of the Kings County Surrogate's Court granting motion to bring in the successor trustee as a party to the pending accounting proceeding herein reversed on the law, with one bill of ten dollars costs and disbursements to the appellants, payable out of the estate, and the motion denied, without costs. (*Matter of Luckenbach, Appeal No. 1, ante,* p. 275.) Close, P. J., Carswell, Adel and Lewis, JJ., concur; Taylor, J., dissents and votes to affirm. [181 Misc. 265.]